IN THE SUPREME COURT OF NORTH CAROLINA

No. 170A24

Filed 23 May 2025

STATE OF NORTH CAROLINA

v.

STEPHON DENARD MELTON

Appeal pursuant to N.C.G.S. § 7A-30(2) (2023) from the decision of a divided panel of the Court of Appeals, 294 N.C. App. 91 (2024), finding no error after appeal from a judgment entered on 15 September 2022 by Judge Steve R. Warren in Superior Court, Forsyth County. Heard in the Supreme Court on 18 February 2025.

*Jeff Jackson, Attorney General, by Marc D. Brunton, General Counsel Fellow, for the State-appellee.*

*Caryn Strickland for defendant-appellant.*

PER CURIAM.

AFFIRMED.